No. 89–1579. GRIFFING v. CHILDREN'S HOME SOCIETY OF FLORIDA, INC. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 89–1639. APPLEMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–1649. ISIBOR v. BOARD OF REGENTS OF THE STATE UNIVERSITY AND COMMUNITY COLLEGE SYSTEM OF TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–1663. FIUMARA v. O'BRIEN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 89–1668. STANFIELD v. HORN ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 89–1669. GRECO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–1673. POPE v. BOND ET AL. C. A. D. C. Cir. Certiorari denied.

No. 89–1692. D'OTTAVIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–1700. PARKER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–5493. GRIFFIN ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–5727. SIMPSON ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–5896. ROMERO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–6072. CAULK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–6134. ACOSTA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–6282. HERRADA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.